Jeffrey Alpert, Esq., SBN 165997
Dean Asher, Esq., SBN 248084
ALPERT LAW GROUP, APC
16133 Ventura Boulevard, Suite 1180
Encino, California 91436
Telephone: (818) 285-5370
Facsimile: (818) 285-5371
Email: jeff@alpertlawgroup.com

Attorneys for Plaintiff, T. Joseph Raoof, M.D., Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T. Joseph Raoof, M.D., Inc.;<br><br>Plaintiff,<br><br>vs.<br><br>BTL INDUSTRIES, Inc. a Delaware Corporation; and DOES 1 through 50, Inclusive;<br><br>Defendants. | Case No.: 2:22-CV-00760-MRW<br><br>[Removed from Los Angeles Superior Court, Case No. 21STCV41873]<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE DATE FOR ANSWER TO COMPLAINT**<br><br>State Compl. Served: January 4, 2022<br>Case Removed: February 3, 2022<br>Current Resp. Due: March 3, 2022<br>[Proposed]<br>New Resp. Date: Vacate |

The parties are pleased to report that this matter has settled in all respects. The parties have executed a written settlement agreement. Shortly thereafter, the parties will be filing a request for dismissal with prejudice, but which will include a request that the Court retain jurisdiction to interpret and enforce the terms of settlement. In the meantime, the parties request that the

-1-
**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE DATE FOR ANSWER TO COMPLAINT**

Court remove Defendant's deadline to answer the Complaint and any other scheduled court dates.

DATED: March 1, 2022     ALPERT LAW GROUP, APC

/s/ Jeffrey Alpert
_____
Jeffrey Alpert, Esq.
Attorney for Plaintiff,
T. Joseph Raoof, M.D., Inc.

DATED: March 1, 2022     PAYNE & FEARS LLP

/s/ Randy R. Haj
_____
Scott O. Luskin, Esq.
Randy R. Haj, Esq.
Attorneys for Defendant,
BTL INDUSTRIES, Inc.
a Delaware Corporation

IT IS SO ORDERED.

DATED: _____     _____
United States District Court Judge

**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE DATE FOR ANSWER TO COMPLAINT**

## Certificate of Service

I hereby certify that at the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 16133 Ventura Boulevard, Suite 1180, Encino, CA 91436.

On March 1, 2022, I served a true copy of the foregoing document on the interested parties in this action via the United States District Court CM/ECF system on all parties or persons requiring notice.

    /s/ Dean Asher
    Dean Asher