Jeffrey Alpert, Esq., SBN 165997
Dean Asher, Esq., SBN 248084
ALPERT LAW GROUP, APC
16133 Ventura Boulevard, Suite 1180
Encino, California 91436
Telephone:        (818) 285-5370
Facsimile:        (818) 285-5371
Email:            dean@alpertlawgroup.com

Attorneys for Plaintiff,
T. Joseph Raoof, M.D., Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (Western Division – Los Angeles)

| | |
|---|---|
| T. Joseph Raoof, M.D., Inc.; | Case No.: 2:22-cv-00760-DSF-JEM |
| Plaintiff, | [Removed from Los Angeles Superior Court, Case No. 21STCV41873] |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| BTL INDUSTRIES, Inc. a Delaware Corporation; and DOES 1 through 50, Inclusive; | State Compl. Served: January 4, 2022 |
| Defendants. | Case Removed:        February 3, 2022 |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff, T. Joseph Raoof, M.D., Inc., voluntarily dismisses the above-captioned action, with prejudice.

DATED: March 15, 2022                ALPERT LAW GROUP, APC

_____
Dean Asher, Esq.
Attorney for Plaintiff,
T. Joseph Raoof, M.D., Inc.

ALPERT LAW GROUP, APC
16133 Ventura Boulevard, Suite 1180
Encino, California 91436

ALPERT LAW GROUP, APC
16133 Ventura Boulevard, Suite 1180
Encino, California 91436

## Certificate of Service

I hereby certify that at the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 16133 Ventura Boulevard, Suite 1180, Encino, CA 91436.

On March 15, 2022, I served a true copy of the foregoing document on the interested parties in this action via the United States District Court CM/ECF system on all parties or persons requiring notice.

_____
Dean Asher